# Merriwether v. The State.

### Vagrancy.

1. *Incompetency of wife as a witness against husband.*—Under a prosecution for vagrancy (Code Sec. 4218), the defendant's wife is not a competent witness against him.

APPEAL from Montgomery Circuit Court.

Tried before the Hon. JOHN P. HUBBARD.

This was a prosecution for vagrancy, under section 4218 of the Code of 1876, instituted August 24, 1885, against the appellant, Ben Merriwether. On the trial, the State offered to introduce as a witness, Betsy Merriwether, the wife of the defendant, and the defendant objected to her being allowed to testify against him. The court overruled the objection and the defendant excepted.

The said Betsy was then permitted to testify, and her testimony tended to establish the charge alleged in the complaint.

CHARLES W. FERGUSON, for appellant.

THOS. N. McCLELLAN, Attorney-General, for the State.

STONE, C. J.—The circuit court erred in allowing the wife to testify against her husband.—*Woods v. State*, 76 Ala. 35 ; *Owen v. State*, 78 Ala. 425 ; *Birge v. State*, *Ib.* 435 ; *Donnelly v. State*, *Ib.* 453 ; 1 Whar. Cr. Law, §§ 768–9.

Reversed and remanded.